UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ JSH _____ D.C.

05 JUN 22  AM 10: 17

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | \* |
| vs. | \*   Criminal No.: 05-20157 MI An |
| DANIEL I. CHENEY, | \* |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

David C. Henry applies to the Court for a Writ to have **DANIEL I. CHENEY, DOB 07/18/60, Booking # 05111668** now being detained in the Shelby County Jail, appear before the Honorable S. Thomas Anderson, on **Thursday, June 30, 2005 at 2:00 p.m.**, FOR INITIAL APPEARANCE, and for such other appearances as this Court may direct.

Respectfully submitted this **22nd** day of June, 2005.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

_/s/ David C. Henry_
DAVID C. HENRY
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#012986 Tennessee)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
MARK LUTTRELL ,SHERIFF/WARDEN, SHELBY COUNTY JAIL

YOU ARE HEREBY COMMANDED to have **DANIEL I. CHENEY, DOB 07/18/60, Booking # 05111668** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this **22** day of June, 2005.

HONORABLE TU M. PHAM
United States Magistrate Judge

document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20157 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT